# SIXTH DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

Case No. 6D23-1939
Lower Tribunal No. 2019-CA-001455-O

_____

FANIOLA CHRISTIANT,

Appellant,

v.

CLAUDINEI RAVANELI,

Appellee.

_____

Appeal from the Circuit Court for Orange County.
Jeffrey L. Ashton, Judge.

June 25, 2024

PER CURIAM.

    AFFIRMED.

TRAVER, C.J., and WHITE and SMITH, JJ., concur.


Chad A. Barr, of Chad Barr Law, Altamonte Springs, for Appellant.

Daniel S. Liebowitz, William Talley, and Katherine N. Kmiec, of Cruser, Mitchell, Novitz, Sanchez, Gaston and Zimet, LLP, Orlando, for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED